IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN THE MATTER OF: )
) BANKRUPTCY CASE NO:
SOUTHEASTERN STUD AND ) 14-32906-DHW-7
COMPONENTS, INC., )
)
)
      Debtor. )

## APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF PROFESSIONAL PERSON

Pursuant to 11 U.S.C. §327(e) and Fed. R. Bankr. P. 2014(a),

__X__    the trustee of the captioned bankruptcy case

_____    the captioned debtor-in-possession in Chapter 11 of the *Bankruptcy Code*

_____    the captioned debtor

(hereinafter "Applicant", requests the court to approve the employment of **Brian W. Moore**, whose address is **2740 Zelda Road, Floor 4, Montgomery, AL 36106** as **special attorney** to represent or assist Applicant in carrying out the duties as trustee under Title 11 of the *United States Code*. In support of this request, Applicant represents as follows:

1. The person whose employment is requested (hereinafter "said person")

    (a) is professionally qualified and licensed, if required, for such employment;

    (b) does not hold or represent an interest adverse to the estate;

    (c) has not served as an examiner in this case.

2. Said person is not employed by and does not represent a creditor in this case unless indicated under (a) below.

    (a) Said person is employed by or represents the following creditor(s), but Applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment here requested is approved: (If NONE, so state)

    **None**

3. The specific facts showing the necessity for the employment here requested are as follows:

   **Brian Moore was retained pre-petition to represent the debtor in collection matters and receive payment at the time of rendering the services regarding same.**

4. The professional services to be rendered are as follows:

   **Special Attorney for Trustee**

5. The reasons for the selection of said person are:

   **See 3 above**

6. All of said person's connections with the debtor, creditors, other parties in interest, and with their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the office of the Bankruptcy Administrator, are as follows: (If NONE, so state:)

   **None**

7. Except as stated below, the representations made in this Application with respect to said person apply to each of that person's partners and associates and members of the firm, professional corporation or other entity with whom or with which said person is professionally associated.

8. With the condition that the Court may allow different compensation after the conclusion of said person's employment if the terms and conditions here proposed prove to have been improvident in light of developments not capable of being presently anticipated, Applicant proposes the following reasonable terms and conditions of said person's employment:

   Retainer (if any):

   Contingent fee basis (if applicable): **one-third (1/3) of the sums collected**

   Other: **out-of-pocket expenses to be reimbursed after court approval.**

   By: *(signed)* J. Lester Alexander, III
   J. Lester Alexander, III, Trustee

## VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Fed. R. Bankr. P. 2014(a), and in accordance with Fed. R. Bankr. P. 9011(b) and 28 U.S.C. §1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

This the 13th day of March, 2015.

_____
Brian W. Moore

Witness:

_____

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above and foregoing upon the following via email this the 16th day of March, 2015.

Ms. Jamie Wilson
jwilson@bcattys.com

Mr. J. Lester Alexander, III
lalexander@aeagroup.com

Ms. Teresa Jacobs
ba@almb.uscourts.gov

_____
William Dennis Schilling